IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANA MARTINEZ,<br>2024 Beacon Height Dr.<br>Reston, VA 20191<br><br>      Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORP.<br>1 Boston Scientific Place<br>Natick, MA 01760-1537<br><br>AND<br><br>GUIDANT SALES CORP.<br>111 Monument Circle, Ste 2900<br>Indianapolis, IN 46204-5405<br><br>      Defendants. | CIVIL ACTION NO. _____<br><br>SUPERIOR COURT CASE NO.<br>2007 CA 006055 B |

**CORPORATE DISCLOSURE STATEMENT ON BEHALF OF DEFENDANTS
BOSTON SCIENTIFIC CORP. AND GUIDANT SALES CORP.**

  Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

  I, the undersigned, counsel of record for Defendants Boston Scientific Corporation and Guidant Sales Corporation, certify that to the best of my knowledge and belief, Guidant Sales Corporation is a wholly-owned subsidiary of Cardiac Pacemakers, Inc., which is a wholly-owned subsidiary of Guidant Corporation, which is a wholly-owned subsidiary of Boston Scientific Corporation. Based on currently available information, no publicly held company or investment fund holds a 10% or greater ownership interest in Boston Scientific Corporation.

These representations are made in order that judges of this Court may determine the need for recusal.

                      Respectfully submitted,

                      SHOOK, HARDY & BACON L.L.P.

                      */s/ Michelle R. Mangrum*
                      Michelle R. Mangrum, D.D.C. Bar No. 473634
                      600 14th St., N.W., Ste. 800
                      Washington, DC 20005
                      Telephone:   (202) 783-8400
                      Fax:             (202) 783-4211

                      **Attorneys for Defendants**
                      **Boston Scientific Corporation, and**
                      **Guidant Sales Corporation**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and accurate copy of the foregoing has been furnished by first-class U.S. Mail, postage prepaid, this 20th day of September, 2007, to all counsel of record:

Barry J. Nace, Esq.
Gabriel A. Assaad, Esq.
Paulson & Nace
1615 New Hampshire Avenue, NW
Third Floor
Washington, DC 20009

                      */s/ Michelle R. Mangrum*
                      Michelle R. Mangrum

                      **Attorney for Defendants**
                      **Boston Scientific Corporation, and**
                      **Guidant Sales Corporation**

142445v1