IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANA MARTINEZ, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 07-1666 |
| | : | J. ESH |
| BOSTON SCIENTIFIC CORP., et al. | : | |
| | : | |
| **Defendants.** | : | |

**NOTICE OF APPEARANCE**
**IN ACCORD WITH LOCAL RULE 83.6(a)**

Please note the appearance of the following counsel to represent the Plaintiff, Ana Martinez in this matter. The following information is given to satisfy Rule 83.6(a) of the Local Rules of Civil Procedure of the United States District Court for the District of Columbia:

Barry J. Nace, Esq.

Paulson & Nace
1615 New Hampshire Ave., NW
Third Floor
Washington, DC 20009
(202) 463-1999
Bar Number: 130724

Respectfully Submitted,

/s/ Barry J. Nace
Barry J. Nace, Esq.

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 25${}^{th}$ day of September, 2007, I filed the foregoing *Notice of Appearance in Accord with Rule 83.6(a)* by e-service upon the court and the following:

Michelle R. Mangrum
600 14${}^{th}$ St., NW
Suite 800
Washington, DC 20005
*Attorneys for Defendants Boston Scientific Corp.,*
*And Guidant Sales Corp.*

              Respectfully Submitted,

              /s/ Barry J. Nace____
              Barry J. Nace, Esq.