# United States District Court
## District of Minnesota

Office Of The Clerk
300 S. Fourth St., Room 202
Minneapolis, MN 55415

RICHARD D SLETTEN, CLERK
(612) 664-5000

**RECEIVED**

DEC 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

November 1, 2007

Ms. Nancy Mayer-Whittington, Clerk
US District Court, 1130 E. Barrett Prettyman
333 Constitution Avenue, N.W.
Washington, DC 20001

In re:  MDL-1708 -- In re Guidant Corp. Implantable Defibrillators Products Liability Litigation
        YOUR CASE NUMBER: 1: 07-1666 Ana Martinez v. Boston Scientific Corp., et al.  ESH
        DISTRICT OF MINNESOTA CASE NUMBER:  07-4413  DWF/AJB

     A certified copy of transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. §1407 was received and filed in this district on October 29, 2007. Enclosed is a certified copy of that order directing the transfer of your civil case to the District of Minnesota. The cases are assigned to Judge Donovan W. Frank and Magistrate Judge Arthur J. Boylan for coordinated or consolidated pretrial proceedings. Please reference the case number assigned in this court on all correspondence or communications.

     Please forward a certified copy of the docket sheet for the case listed above together with a received stamped copy of this letter to: Clerk, U. S. District Court, 300 S. Fourth Street, Room 202, Minneapolis, MN 55415. Communications regarding these actions should be directed to Ms. Mary Kaye Conery or Ms. Lou Jean Gleason at (612) 664-5000. Should you have any questions please do not hesitate to call.

     Very truly yours,

     RICHARD D. SLETTEN, CLERK

     Mary Kaye Conery, Civil Docket Supervisor

Enclosure

cc:  Judge Donovan W. Frank
     Judicial Panel on Multidistrict Litigation